

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**MANNY PASTREICH**
President

**JOHN SANTOS**
Secretary Treasurer

**ROXANA RIVERA**
Assistant to the President

**EXECUTIVE VICE PRESIDENTS**

KEVIN BROWN
JAIME CONTRERAS
ROB HILL
DENIS JOHNSTON
GABE MORGAN
KEVIN STAVRIS
CANDIS TALL

**VICE PRESIDENTS**

ANA MARIA HILL
ISRAEL MELENDEZ
HELENE O'BRIEN
ROCHELLE PALACHE
MICHAEL PISTONE
SAM WILLIAMSON

**Capital Area District**
Washington  202.387.3211
Baltimore   410.244.6299
Virginia    202.387.3211

**Connecticut District**
Hartford   860.560.8674
Stamford   203.6749965

**Mid-Atlantic District 1201**
215.226.3600
215.923.5488
302.295.4814

**Florida District**
305.672.7071

**Hudson Valley District**
914.328.3492

**Kentucky District**
502.368.9122

**New England District 615**
617.523.6150

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

September 4, 2025

**Via ECF**

The Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
Courtroom 619
New York, NY 10007

**MEMO ENDORSED**

Re: *Khaleel v. Securitas Security Services USA Inc. et al.*
25-CV-00742 (ER)

Dear Judge Ramos:

Service Employees International Union, Local 32BJ ("Local 32BJ" or "Union"), is in receipt of the Court's September 2, 2025 order scheduling a pre-motion conference for September 25, 2025 at 11:30 A.M. Unfortunately, I have a conflicting hearing set to take place on September 25, and there is a substantial likelihood I will be unable to attend the pre-motion conference on that date. Accordingly, the Union respectfully requests that the Court consider an alternative time for the pre-motion conference.

Thank you for your consideration.

Respectfully submitted:

OFFICE OF THE GENERAL COUNSEL
SEIU LOCAL 32BJ

By: /s/ Berto Elysee
Berto Elysee
Associate General Counsel
25 W 18th Street, Fifth Floor
New York, New York 10013
Tel: (212) 388-3566
Fax: (212) 388-2062
belysee@seiu32bj.org

---

The premotion conference presently scheduled for September 25, 2025, is adjourned to September 26, 2025, at 11:30 a.m. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time. SO ORDERED.

/s/ Edgardo Ramos
Edgardo Ramos, U.S.D.J.
Dated: 9/5/2025
New York, New York

Office of the General Counsel    25 West 18th Street | New York, NY 10011-1991 | 212.388.3800