UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HISHAM A. KHALEEL,

                Plaintiff,

    -*against*-

SECURITAS SECURITY SERVICES USA INC., SEIU/LOCAL 32 BJ UNION, *and* NYC D.O.T.,

                Defendants.

**ORDER**

25-cv-742 (ER)

    Hisham Khaleel brought this action against SEIU/Local 32 BJ Union (the "Union"), Securitas Security Services USA Inc. ("Securitas"), the New York City Department of Transportation ("DOT") (collectively "Defendants") on January 24, 2025, alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., the Age Discrimination Employment Act of 1967, the Equal Pay Act, 29 U.S.C. § 206(d), the Americans with Disabilities Act (ADA), Articles 7 and 8 of the National Labor Relations Act, and the Family Medical Leave Act.  Doc. 1.

    On May 5, 2025, the Union filed a pre-motion letter requesting leave to file a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  Doc. 8.  On July 7, 2025, the DOT requested a pre-motion conference in connection with their anticipated motion to dismiss the Complaint.  Doc. 18.

    The Court held a pre-motion conference on September 26, 2025, during which SEIU and the DOT were directed to submit responses to the motion for default judgment by October 3, 2025.  All parties were present.  Khaleel and Securitas agreed to proceed with mediation.  Doc. 27.

2

Khaleel filed two Proposed Clerk's Certificate of Default for the Union and the DOT. Docs. 32, 34. Both the Union and the DOT appeared and filed letter motions for dismissal of the Complaint. Accordingly, the Clerk of Court may not issue these certificates pending outcome of the motions, Docs. 8, 18.

    SO ORDERED.

Dated:   October 2, 2025
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.