UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HISHAM A. KHALEEL,

              Plaintiff,

-v-

SECURITAS SECURITY SERVICES USA INC., ET AL.,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2025

**ORDER**

25-CV-742 (ER)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated October 17, 2025, this case was referred to the undersigned for settlement. ECF No. 47.

A conference is scheduled on **October 28, 2025,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 359 899 165#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se litigant.

**SO ORDERED.**

Dated: October 20, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2