UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HISHAM A. KHALEEL,

                Plaintiff,

    -v-

SECURITAS SECURITY SERVICES USA INC.,
ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2025

**ORDER**

25-CV-742 (ER)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By letter motion dated October 26, 2025, Plaintiff Khaleel requests the adjournment of the pre-settlement conference scheduled on October 28, 2025, with Defendants' consent. ECF No. 49. Plaintiff's request is **GRANTED**.

    The conference scheduled on October 28, 2025, is adjourned to **December 2, 2025**, at **10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 359 899 165#).

    The undersigned initially received this letter motion by email to chambers. Given the time sensitivity of the request, the undersigned forwarded the letter motion to the Pro Se Intake Unit for docketing. However, the parties are reminded that direct communications with chambers by email are not permitted absent a specific direction by the Court. All communications and filings with the Court should be filed on the public docket. A *pro se* party should deliver all filings and

1

communications with the Court to the Pro Se Intake Unit by mail, in-person, dropbox, or email to ProSe@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

**SO ORDERED.**

Dated: October 27, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge