USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HISHAM A. KHALEEL,

                Plaintiff,

       -v-

SECURITAS SECURITY SERVICES USA INC.,
ET AL.,

             Defendants.

**ORDER**

25-CV-742 (ER)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on December 2, 2025 to discuss settlement procedures and scheduling a future settlement conference. The undersigned notes for the record that Defendants SEIU/Local 32BJ Union and New York City Department of Transportation failed to appear at this conference.

The undersigned will request limited scope *pro bono* counsel to represent Plaintiff in settlement proceedings.

Another conference is scheduled on **December 16, 2025**, at **2:00 p.m.** by telephone to discuss next steps regarding settlement. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 597 455 251#).

Defendants SEIU/Local 32BJ Union and New York City Department of Transportation are specifically required to appear at the December 16, 2025 conference.

Plaintiff and Defendant Securitas Security Services USA Inc. are directed to discuss settlement in advance of the next conference.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: December 2, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2