UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/8/2025__

HISHAM A. KHALEEL,

                    Plaintiff,                          **ORDER**

          -v-                                            25-CV-742 (ER)

SECURITAS SECURITY SERVICES USA INC.,
ET AL.,

                    Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 2, 2025, I entered an order stating that I would seek limited scope *pro bono* counsel to represent Plaintiff for settlement. I have since been advised that the City Bar Justice Center is not able to provide *pro bono* representation in the settlement proceedings.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: December 8, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge