UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HISHAM A. KHALEEL,

                  Plaintiff,

        -v-

SECURITAS SECURITY SERVICES USA INC.,
ET AL.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/16/2025__

**ORDER**

25-CV-742 (ER)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on December 16, 2025 to discuss settlement procedures and scheduling a future settlement conference. The undersigned notes for the record that all parties appeared at this conference.

During the conference, Defendants stated that they are unwilling to participate in a settlement conference until the two currently pending motions to dismiss are resolved. Accordingly, a settlement conference would not be productive at this time.

If the parties believe that a settlement conference with the undersigned would be productive in the future, they should file a letter motion with that request.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

1

**SO ORDERED.**

Dated: December 16, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge