UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HISHAM A. KHALEEL,

Plaintiff,

*-against-*

SECURITAS SECURITY SERVICES USA INC., SEIU/LOCAL 32 BJ UNION, *and* NEW YORK CITY DEPARTMENT OF TRANSPORTATION,

Defendants.

**ORDER**

25-cv-742 (ER)

RAMOS, D.J.:

Hisham A. Khaleel filed this action against Securitas Security Services USA Inc., SEIU/Local 32 BJ Union, and the New York City Department of Transportation (collectively "Defendants") on January 24, 2025. Doc. 1. On September 30, 2026, the Court granted Defendants' motion to dismiss discrimination and retaliation claims and held that amendment of those claims would be futile, and further held that if Khaleel did not amend National Labor Relations Act claims against the Union by October 21, 2026, the claim would be dismissed with prejudice. Doc. 85. On October 21, 2026, Khaleel filed a letter-motion requesting recusal of the undersigned and reconsideration of the September 30, 2026 opinion, but did not file an amended complaint. Doc. 88. Khaleel argues that recusal is warranted due to an alleged failure to maintain the case and court records. *Id.* at 2–3. Khaleel argues that reconsideration is warranted because two amended complaints and two motions for recusal of the undersigned "were [not] uploaded to the Electronic Case File (ECF) system." *Id.* at 3.

Khaleel fails to allege any facts suggesting that the Court's impartiality might be reasonably questioned. Because there is no legitimate basis for the motion for recusal, recusal is not warranted. Accordingly, the motion for recusal is DENIED.

Khaleel similarly fails to allege any facts or legal arguments that reconsideration is warranted. The Court's September 30, 2026 opinion properly evaluated the claims from the operative complaint filed January 24, 2025, Doc. 85 at 4; no amended complaint has been filed. Accordingly, the motion for reconsideration is DENIED.

To the extent Khaleel seeks to amend the NLRA claims against SEIU/Local 32 BJ Union, he must do so by November 17, 2026. If he does not do so, the claim will be dismissed with prejudice. The Clerk of the Court is respectfully directed to terminate the motion, Doc. 88.

SO ORDERED.

Dated: October 27, 2026
New York, New York

Edgardo Ramos, U.S.D.J.